EXHIBIT "1"

| STUDENT APPLICATION | APPLICATION/PROMISSORY NOTE | SUBMIT COPIES OF FORM |
|---|---|---|
| PROMISE TO REPAY 03317804 | SUPPLEMENTAL LOANS FOR STUDENTS (known as California Loans to Assist Students (CLAS) in California) California Student Aid Commission, Guarantor | TO SCHOOL FOR PROCESSING STUDENT RETAINS BLUE COPY |

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

900233900

## PART A—COMPLETED BY STUDENT
PRINT OR TYPE ALL ENTRIES

**1. Social Security Number** - 2 4 5 6

**2. Applicant's Last Name** Cruz   **First Name** Luis   **M.I.** A

**3. Date of Birth** MO DA YR - 49

**4. Permanent Home Address**   **City** Los Angeles   **State** CA.   **5. Home Phone** -801(

**6. U.S. Citizenship (See instructions)**
A. U.S. Citizen or National ☐   B. Eligible Non-Citizen ☑   C. Not A or B ☐
If you checked B, list your Alien Registration Number 4229

**7. Address and Phone While Attending School (If known)** = SAME =

**8. Student-Borrower Type: (check one)** A. ☐ Graduate/ Professional   B. ☑ Independent Undergraduate   C. ☐ Dependent Undergraduate

**9. State of Permanent Residence** State Code CA   Since 04 88 MO YR

**10. Driver's License** State Code CA   Number 4053

**11. Major Course of Study Code** (see instructions)

**12. REFERENCE REQUIREMENT**—All references must be in the United States and be at different addresses.

| | | |
|---|---|---|
| A. Parent or Guardian ☐  Other Adult Relative ☑ | B. Other parent if at different address from A. ☐  Other Adult Relative ☑ | C. Other Adult Relative ☐  Friend ☑ |
| Name Nora Contreras | Rafael Baria | Antonio Elias |
| City, State, ZIP Code Los Angeles, CA. | Los Angeles, CA. | Los Angeles, CA. |
| Phone -3919 | -1674 | -9878 |

**13. Prior student loan history:** List all PLUS, ALAS, CLAS, or SLS loans you have received below: (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency CSAC / Other | C) Total Amount Owed | D) School Period of your most recent loan (MM/DD/YY) Beginning Date / Ending Date | E) Interest Rate |
|---|---|---|---|---|
| | B | $ | | ☐ 12% ☐ Variable |
| | B | $ | | ☐ 12% ☐ Variable |
| | A B | $ | | ☐ 12% ☐ Variable |
| | A B | $ | | ☐ 12% ☐ Variable |
| | | | | ☐ 12% ☐ Variable |

**14. Requested Loan Amount** I request SLS $ 4,000.— LIST AMOUNT REQUESTED AND TRANSFER TO ITEM 19. See borrowing limits and eligibility requirements

**15. Enrollment Period Covered by This Loan** From 01 90 MO YR To 10 90 MO YR

**16. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant?** Yes ☐ No ☑ If yes, list details and attach all repayment arrangements to this application.

**17. Name and City/State of Lender** First Interstate Bank / Pomona / Calif.

**18. DEFERMENT/REPAYMENT OPTIONS (see instructions)** A. ☑ Deferred Principal and Interest   B. ☐ Deferred Principal Only   C. ☐ Immediate Repay Principal & Interest

**PROMISSORY NOTE FOR THE SUPPLEMENTAL LOAN FOR STUDENTS (SLS)** (also known as California Loans to Assist Students (CLAS) in California)

**PROMISE TO PAY** I, the undersigned student-borrower (identified above) promise to pay to my lender or a subsequent holder of this promissory note all of the principal sum of:

19. $ 4,000 .00 (Write your Requested Loan Amount — Must be same as Item 14)

or the amount advanced to me, plus amounts described on the reverse side of this Note and described to me on the Disclosure Statement which I will receive no later than when I receive my loan check. My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the Borrower Certification Statement on the reverse side of this note.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE I READ IT, INCLUDING THE WRITING ON THE REVERSE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE/THE DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS NOTE ... I ALSO UNDERSTAND THAT THE PROCEEDS OF THIS SLS LOAN WILL BE SENT TO THE SCHOOL LISTED ON MY APPLICATION FOR DELIVERY TO ME.

20A Signature of Student-Borrower   20B / - /1 / Date

NOTICE TO BORROWER -- Read TERMS OF PROMISSORY NOTE ON REVERSE

## PART B—COMPLETED BY FINANCIAL AID OFFICER
PRINT OR TYPE ALL ENTRIES

**21. School Code** 02288700

**22. Name and Address of School** Systems Programming Development Institute 5925 Wilshire Boulevard Los Angeles, CA. 90036   Phone (213) 937-1739

**23. Enrollment Status** Fulltime ☑   Halftime or Greater ☐   Less than Halftime ☐

**24. Anticipated Completion Date** 11 90 YR

A. CALS ☐

**25. Grade Level** Undergrad ☐ 1 ☑ 2 ☐ 3 ☐ ...   Grad or Professional 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐

**26. Dependency Status** (check one) Graduate/Professional ☐  Undergraduate ☑  eligible dependent UG required professional judgement & documentation

**27. Enrollment period covered by loan** From MO 01 DA 09 YR 90 To MO 10 DA 09 YR 9

**28.**

**29. Estimated Cost of Attendance of Loan Period** $14,377.90

**30. Estimated Financial Aid for Loan Period** $4,914.—

**31.**

**32. NET COST** $6,463.

**33. Recommended Disbursement Date (optional)**

**34.** My signature certifies that I have read and agreed to the conditions given in the School Certification Statement printed on REVERSE of this application. X Olivia Saavedra Olivia Saavedra, F.A.O. 1/11/90   Print Name, Title, Date

## PART C—COMPLETED BY LENDER
PRINT OR TYPE ALL ENTRIES

**35. Lender Code/Name** 81600501

**36. Signature of Authorized Lending Official** X K. Wooley

**37. Loan Amount** $4000

**38. %** 12

**39. Anticipated Date(s)** 1/25/90 5/26/90

**40. Disbursement Amount** $2000

**41. First Payment Due Date** 1/24/90

**42. Maturity Date** 6/28/00

**43. Number of Monthly Payment** 116

**44. Monthly Payment Amount** $64.00

Print Name, Title, Date

LENDER COPY

CONTINUED - THE SLS PROMISSORY NOTE

B.    CHARGES AND COSTS

B1    VARIABLE INTEREST RATE

B2    INSURANCE PREMIUM

B3    LATE CHARGES AND OTHER COSTS

C.    TERMS OF REPAYMENT

D.    PREPAYMENT

I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

E.    MODIFICATION OF REPAYMENT

If I am unable to repay this loan in accordance with the TERMS OF REPAYMENT in this note, I may request that the lender modify these terms. The lender may allow, but is not required to allow, any of the following types of FORBEARANCE --

   1.    A short period of time during which payments are waved;
   2.    A reasonable extension of time for making payments;
   3.    Making smaller payments than were originally scheduled

I understand that I will remain responsible for payment of interest during this period.

F.    ACCELERATION AND DEFAULT

"Default" means the failure of a borrower to make an installment payment when due, or to meet other terms of the promissory note under circumstances where the Secretary or guarantee agency finds it reasonable to conclude that the borrower no longer intends to honor the obligation to repay, provided that the failure persists for --

   180 days for a loan repayable in monthly installments or
   240 days for a loan repayable in less frequent installments.

G.    CREDIT BUREAU NOTIFICATION

H.    CONSOLIDATION/REFINANCING

I.    BANKRUPTCY

J.    REPAYMENT BY THE DEPARTMENT OF DEFENSE

K.    REPAYMENT BY THE STATE OF CALIFORNIA

L.    DEFERMENT

BORROWER'S CERTIFICATION STATEMENT:

SCHOOL CERTIFICATION STATEMENT

HELD IN DUE COURSE BY as automatic assignee of the undersigned Education Credit & Collection Services, Inc., trustee that the note accepts... EduCap Student Loan Financial Services Authority.

Theodosia Aldridge
Collection Services Student Aid
California Student Aid
P.O. Box 510623
Sacramento, CA 94245-0623